CR 15-442 TEH

FILED
AUG 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8/11/2020

To whom it may concern:

Im writting this because this is my second submission the first one was never answerd we also attached some other documents as to why im asking for this release. ① my mother passed away January 26th 2020 my only brother was ~~taking~~ care of her but now he's Bed Ridden and needs me im mother's only able child left to tend to ~~our~~ her last Request and that was to take care of my Brother so my exit plan would to live off IN HOME CARE ~~take~~ of my only brother AND be a productive citzen

Thank you
Sincerly Yolanda Brown