STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Daniel_Blank@fd.org

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case Nos.: CR 16–0441 EMC, CR 15-442 EMC |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS UPDATE RE: COMPASSIONATE RELEASE** |
| YOLANDA BROWN, | Court:    Hon. Edward M. Chen |
| Defendant. | |

**STATUS UPDATE**

Defendant Yolanda Brown filed an emergency pro se motion for compassionate release on August 20, 2020, in both of the above-captioned cases. The following day, the Court referred the matter to the Federal Public Defender, who represented Ms. Brown in those underlying cases, and directed that a status update be filed within one week.

Undersigned counsel has been in email contact with Ms. Brown and has obtained signed releases enabling the representation of her on the compassionate release motion. Undersigned counsel has also been in contact with government counsel, who has advised that he is in the process of obtaining the relevant medical records for Ms. Brown and will provide them to undersigned counsel once they are available.

1   If it please the Court, undersigned counsel intends to review Ms. Brown's medical records once
2   they are provided by the government and thereafter file a supplemental brief in support of Ms.
3   Brown's compassionate release motion.

Dated:    August 28, 2020                          Respectfully submitted,

                                                   STEVEN G. KALAR
                                                   Federal Public Defender
                                                   Northern District of California

                                                           /S
                                                   DANIEL P. BLANK
                                                   Senior Litigator