United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>YOLANDA BROWN,<br>        Defendant. | Case No. 15-cr-00442-EMC-1<br><br>Docket No. 57, 60 |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>YOLANDA BROWN,<br>        Defendant. | Case No. 16-cr-00441-EMC-1<br>Docket No. 26, 29<br><br>**ORDER RE: COMPASSIONATE RELEASE** |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is hereby GRANTED. The defendant's previously imposed sentence of imprisonment is modified so that the remaining portion of Ms. Brown's original term of imprisonment shall be served as a "special term" of supervised release not to exceed the unserved portion of the original term of imprisonment (until August 6, 2025). The "special term" of supervised release is subject to the standard and original conditions of supervised release imposed by the Court at sentencing, along with the special condition that, upon release, Ms. Brown reside at a Residential Reentry Center for a period of up to six months. Ms. Brown shall then complete the three-year and five-year terms of supervised release imposed in the original sentence subject to the standard and original conditions of release imposed by the Court.

Ms. Brown's release shall be set 14 days from the date of this order to allow BOP to quarantine her prior to release.

**IT IS SO ORDERED**.

Dated: November 6, 2020

_____
EDWARD M. CHEN
United States District Judge